IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **SAEKYU OH, DMD, DENTAL CORP.**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**SMILE CARE 4 CHILDREN LLC, et al.,**<br><br>    **Defendants.** | Case No.: 8:24-cv-03526-DLB |

**GENERAL CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

Plaintiff Saekyu Oh, DMD, Dental Corp. ("SODDC"), in accordance with the provisions of 28 U.S.C. § 636(c), hereby voluntarily waives the right to proceed before a United States District Judge and consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Respectfully submitted,

*/s/ John T. Brennan*
John T. Brennan
Maryland Federal ID: 15845
The Brennan Law Firm, LLC
1997 Annapolis Exchange Parkway
Suite 300
Annapolis, Maryland 21401
(410) 266-3970
tbrennan@brennan-law.us

**Certificate of Service**

The foregoing paper has been served on all counsel of record via CM/ECF on April 10, 2025.

*/S/ John T. Brennan*
John T. Brennan