THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SAEKYU OH, DMD, DENTAL CORP., <br><br> Plaintiff, <br><br> v. <br><br> SMILE CARE 4 CHILDREN LLC, *et al.*, <br><br> Defendants. | Civil Action No: 8:24-cv-03526-DLB |

## ENTRY OF APPEARANCE

Please enter the appearance of the undersigned as additional counsel for Plaintiff Saekyu Oh, DMD, Dental Corp., in the above-captioned matter. The undersigned should be designated as notice counsel.

Dated: June 11, 2025

Respectfully submitted,

By: /s/ *Julie C. Giardina*
Julie C. Giardina (Bar No. 21085)
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
Phone: 410-545-5802
Email: Julie.Giardina@wbd-us.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2025, a copy of the foregoing was filed and served upon all counsel of record via the Court's CM/ECF filing system.

/s/ *Julie C. Giardina*
Julie C. Giardina

1